UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN OCAMPO,<br><br>          Plaintiff,<br><br>     v.<br><br>FRESNO POLICE DEPARTMENT, et al.,<br><br>          Defendants. | Case No.  1:23-cv-01653-ADA-EPG<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Plaintiff Esteban Ocampo is proceeding *pro se* in this civil action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). Plaintiff has made the requisite showing required by § 1915(a).

Accordingly, IT IS ORDERED that Plaintiff's motions to proceed *in forma pauperis* (ECF No. 2) is granted.

IT IS SO ORDERED.

Dated:  __November 30, 2023__         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

1