# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN OCAMPO,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE SANCHEZ, et al.,<br><br>                    Defendants. | No. 1:23-cv-01653-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTIONS FOR A TEMPORARY RESTRAINING ORDER, DENYING EX PARTE MOTION, AND DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM<br><br>Docs. 7, 9, 13, 14. |

      Plaintiff Esteban Ocampo, proceeding pro se and in forma pauperis, filed this civil rights action against Defendants under 42 U.S.C. § 1983. Docs. 1, 3, 6. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      In an initial screening order filed Jan. 25, 2024, the assigned magistrate judge found that Plaintiff's complaint failed to state a claim. Doc. 5. The magistrate judge provided Plaintiff the opportunity to file an amended complaint. *Id.* On February 15, 2024, Plaintiff filed his first amended complaint. Doc. 6.

      On March 4, 2024, the assigned magistrate judge issued findings and recommendations, recommending that the district court dismiss Plaintiff's first amended complaint with prejudice for failure to state a claim. *See* Doc. 7. The findings and recommendations were served on Plaintiff and contained notice that objections were to be filed within thirty days of service. *Id*. at

8. While Plaintiff did not file objections, he filed two motions for a temporary restraining order, a document entitled exhibits, and an emergency ex parte motion. Docs. 9, 12, 13, 14. These filings do not specifically raise objections or otherwise appear to address the findings and recommendations. The filings largely consist of documents that have no apparent relation to the claim in Plaintiff's first amended complaint. To the extent one or more of the filings includes some writing and documents that appear related to Plaintiff's claim, such as a police report concerning his arrest, the Court finds that the information in the filings does not undermine any aspect of the findings and recommendations. Because such motions are rendered moot by the dismissal of this action, they will be denied. *See Caston v. Finner*, No. 21-CV-06098-LHK, 2021 WL 6110507, at *2 (N.D. Cal. Dec. 3, 2021) (dismissing motion for temporary restraining order as moot with dismissal of plaintiff's complaint).

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, it is ORDERED:

1. The findings and recommendations, issued March 4, 2024, Doc. 7, are ADOPTED IN FULL.
2. This action is DISMISSED with prejudice for failure to state a claim.
3. Plaintiff's motions for a temporary restraining order and his emergency ex parte motion (Docs. 9, 13, 14) are denied as moot.
4. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated:   April 30, 2024

_____
UNITED STATES DISTRICT JUDGE

2